**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------
ANTHONY BAMOND, JR.,

                Plaintiff,

            v.                          No. 1:09-CV-581
                                          (GLS/DRH)
THE COUNTY OF ULSTER, et al.,

                Defendants.
-----------------------------------------------------------------

**APPEARANCES:**

ANTHONY BAMOND, JR.
Plaintiff Pro Se
Post Office Box 234
419 South Street
Clintondale, New York   12515-0234

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

### REPORT-RECOMMENDATION and ORDER

      Plaintiff pro se Anthony Bamond, Jr. ("Bamond") commenced this action on April 24, 2009 under 42 U.S.C. § 1983 alleging violations of his civil rights. Docket No. 1. The complaint failed to assert any facts or arguments in support of his claim. Id. In an order filed May 20, 2009, this Court directed Bamond to file an amended complaint that fully complies with Fed. R. Civ. P. 8 and 10. Docket No. 5. Bamond has failed to file an amended complaint. Accordingly, since this action cannot proceed in the absence of Bamond's submission of a sufficient complaint, it is hereby

      **RECOMMENDED** that Bamond's complaint be **DISMISSED** in its entirety without prejudice pursuant to Fed. R. Civ. P. 16(f)(1)(C) and 37(b)(2)(A)(v) for Bamond's failure to comply with the Court's May 20, 2009 order; and it is hereby

**ORDERED** that the Clerk serve Bamond with a copy of this order by regular mail.

Pursuant to 28 U.S.C. § 636(b)(1), the parties have ten days within which to file written objections to the foregoing report.  Such objections shall be filed with the Clerk of the Court. **FAILURE TO OBJECT TO THIS REPORT WITHIN TEN DAYS WILL PRECLUDE APPELLATE REVIEW**.  Roldan v. Racette, 984 F.2d 85 (2d Cir. 1993) (citing Small v. Secretary of HHS, 892 F.2d 15 (2d Cir. 1989)); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e).

Dated: June 24, 2009
       Albany, New York

_____
David R. Homer
U.S. Magistrate Judge